UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LINDA TAYLOR,

    Plaintiff,

vs.

MIKOCEM, LLC,

    Defendant,

vs.

FEDERAL INSURANCE COMPANY,

    Garnishee-Defendant.

Case No. 2:12-cv-11477-RHC-MKM
Honorable Robert H. Cleland
Magistrate Judge Mona K. Majzoub

---

M.J. STEPHEN FOX (P32456)
Fox & Associates
Attorney for Plaintiff
7955 Autumn Woods Dr. SE
Ada, MI 49301
(616) 676-4300
foxlawfirm@aol.com

DANIEL P. STEELE (P34295)
Vandeveer Garzia, P.C.
Co-Counsel for Plaintiff
1450 W. Long Lake Rd, Suite 100
Troy, MI 48098
(248) 312-2800
dsteele@vgpclaw.com

MARK J. ZAUSMER (P31721)
Zausmer, Kaufman, August,
Caldwell & Tayler
Attorney for Mikocem
31700 Middlebelt Rd Ste 150
Farmington Hills, MI 48334
(248) 851-4111
mzausmer@zkact.com

STEPHEN M. KELLEY (P33197)
Stephen M. Kelley, P.C.
Attorney for Federal Insurance Company
19501 E. Eight Mile Road
St. Clair Shores, MI 48080
(586) 563-3500
skelley@kelleyattys.com

CHARLES C. LEMLEY
Wiley Rein LLP
Attorney for Federal Insurance Company
1776 K. Street, NW
Washington, DC 20006
(202) 719-7000
clemley@wileyrein.com

---

**STIPULATION TO COMPEL DISCOVERY**

It is hereby stipulated, by and between the parties hereto, through their respective counsel, that Plaintiff shall provide responses to Garnishee-Defendant's outstanding discovery by February 11, 2013.

w/consent M.J. Stephen Fox
M.J. STEPHEN FOX (P32456)
Fox & Associates
Attorney for Plaintiff
7955 Autumn Woods Dr. SE
Ada, MI 49301
(616) 676-4300
foxlawfirm@aol.com

w/consent Charles C. Lemley
CHARLES C. LEMLEY
Wiley Rein LLP
Attorney for Federal Insurance Company
1776 K. Street, NW
Washington, DC 20006
(202) 719-7000
clemley@wileyrein.com

/s/Daniel P. Steele
DANIEL P. STEELE (P34295)
Vandeveer Garzia, P.C.
Co-Counsel for Plaintiff
1450 W. Long Lake Rd, Suite 100
Troy, MI 48098
(248) 312-2800
dsteele@vgpclaw.com

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LINDA TAYLOR,

    Plaintiff,

vs.

MIKOCEM, LLC,

    Defendant,

vs.

FEDERAL INSURANCE COMPANY,

    Garnishee-Defendant.

Case No. 2:12-cv-11477-RHC-MKM
Honorable Robert H. Cleland
Magistrate Judge Mona K. Majzoub

| | |
|---|---|
| M.J. STEPHEN FOX (P32456)<br>Fox & Associates<br>Attorney for Plaintiff<br>7955 Autumn Woods Dr. SE<br>Ada, MI 49301<br>(616) 676-4300<br>foxlawfirm@aol.com | STEPHEN M. KELLEY (P33197)<br>Stephen M. Kelley, P.C.<br>Attorney for Federal Insurance Company<br>19501 E. Eight Mile Road<br>St. Clair Shores, MI 48080<br>(586) 563-3500<br>skelley@kelleyattys.com |
| DANIEL P. STEELE (P34295)<br>Vandeveer Garzia, P.C.<br>Co-Counsel for Plaintiff<br>1450 W. Long Lake Rd, Suite 100<br>Troy, MI 48098<br>(248) 312-2800<br>dsteele@vgpclaw.com | CHARLES C. LEMLEY<br>Wiley Rein LLP<br>Attorney for Federal Insurance Company<br>1776 K. Street, NW<br>Washington, DC 20006<br>(202) 719-7000<br>clemley@wileyrein.com |
| MARK J. ZAUSMER (P31721)<br>Zausmer, Kaufman, August,<br>Caldwell & Tayler<br>Attorney for Mikocem<br>31700 Middlebelt Rd Ste 150<br>Farmington Hills, MI 48334<br>(248) 851-4111<br>mzausmer@zkact.com | |

**ORDER TO COMPEL DISCOVERY**

2

At a session of said Court held in the Courthouse, Detroit, Michigan on     February 14, 2013

PRESENT:  <u>HONORABLE   ROBERT H. CLELAND</u>
U. S. District Court Judge

In accordance with the above Stipulation to that effect:

IT IS HEREBY ORDERED that Plaintiff shall provide responses to Garnishee-Defendant's outstanding discovery by February 11, 2013.

<u>S/Robert H. Cleland</u>
U.S. DISTRICT COURT JUDGE

2